

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00288-CV

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO**,
Appellant

v.

Zacherie **ZAMBRANO** and Sadie Dorado,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV05030
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is VACATED. Costs of appeal are assessed against the party who incurred them. *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 790 (Tex. 2006) ("If the trial court's judgment is vacated as a result of the case being moot, however, either there will be no order assessing costs and each party will be required to pay its own costs under Texas Rule of Civil Procedure 127, or the appellate court will tax costs.").

SIGNED July 23, 2025.

_____
Irene Rios, Justice